# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pamela S. Dempsey | ) | Case No. 11-28301 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

To: See Attached Service List

    **PLEASE TAKE NOTICE** that on **Tuesday, April 8, 2014** at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Timothy A. Barnes in courtroom 613 of the Unites States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is hereby served upon you. You may appear and be heard if you choose.

                                                    By:__/s/ Karen J. Porter
                                                    Karen J. Porter (Atty. No. 6188626)
                                                    **PORTER LAW NETWORK**
                                                    230 West Monroe, Suite 240
                                                    Chicago, IL 60606
                                                    312-372-4400

## CERTIFICATE OF SERVICE

    I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on March 18, 2014.

                                                    _/s/Karen J. Porter__
                                                    Karen J. Porter

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re )
    Pamela S. Dempsey )
)   Bankruptcy No. _____11-28301_____
)
             Debtor. )   Chapter _____11_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Porter Law Network_____

Authorized to Provide Professional Services to: _____Debtor_____

Date of Order Authorizing Employment: _____December 13, 2012_____

Period for Which Compensation is Sought:
From _____December 23_____, __2013__ through _____March 14,_____, __2014__

Amount of Fees Sought: $ 6,596.50

Amount of Expense Reimbursement Sought: $ 415.16

This is an:   Interim Application _____       Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 3/10/13 | 12/6/2012 to 5/1/2013 | 13,573.26 | 13,573.26 | 13,573.26 |
| 12/16/2013 | 5/13/2013 to 12/13/2013 | 9619.21 | 9619.21 | 9619.21 |

Dated: _____March 18, 2014_____       _____/s/Karen J. Porter_____
                                                                                     (Counsel)

**Pamela S. Dempsey**
**Case 11 – 28301**
**Service List**

*Via Regular Mail*

B A C Home Loans Servicing
450 American Street
Simi Valley, CA 93065 – 6285

Mary Lautenbach
Chase Auto Finance AZ1 - 1191
201 North Central Avenue
Phoenix, AZ 85004 - 0073

**Via ECM Electronic Filing**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St.
Chicago, IL 60604

Bank of America
PTX – B - 209
7105 Corporate Drive
Plano, TX 75024 – 4100

Michael Dimand
5 East Wilson Street   Suite 2
Batavia, IL 60510

Michigan Avenue Lofts Condo Assn
Attn: Management Office
910 South Michigan Avenue
Chicago, IL 60605

Clay Mosberg
Annie W. Lopez
Freedman Anselmo Lindberg LLC
1807 West Diehl Road
Naperville, IL 60566

Chase Card Services
Attn: Mark Pascale
201 North Walnut Street
Wilmington, DE 19801 – 2920

Peoples Gas Company
Attn: Bankruptcy
130 East Randolph Drive
Chicago, IL 60601

Peter C. Bastianen
Codilis & Associates
15 W 030 North Frontage Road
Burr Ridge, IL 60527

Chase
P. O. Box 15298
Wilmington, DE 19850 – 5298

Rnb – Fields3
P. O. Box 9475
Mineapolis, MN 55440 - 9475

Heather M. Giannino
Heavener, Scott, Beyers & Mihlar
111 East Main Street
Decatur, IL 62523

Chase
P. O. Box 1093
Northridge, CA 91328 – 1093

Shell / Citibank
P. O. Box 6497
Sioux Falls, SD 57117 - 6479

Michael L. Ralph, Sr.
Ralph, Schwab & Schiever, Chtd.
175 East Hawthorn Parkway
Vernon Hills, IL 60061

Chase Bank USA, N. A.
P. O. Box 15145
Wilmington, DE 19850 – 5145

Thomas J. Glowski
4601 West 99TH Place
Oak Lawn, IL 60453 - 4005

Toni Dillon
Pierce & Associates, P. C.
One North Dearborn St. Suite 1300
Chicago, IL 60602

Citibank
P. O. Box 6241
Sioux Falls, SD 57117 – 6241

CitiMortgage, Inc.
P. O. Box 140609
Irving, TX 75014 - 0609

Pamela S. Dempsey
4823 South Langley Avenue
Chicago, IL 60615

Alan Zenoff
Zenoff & Zenoff Chartered
53 West Jackson Blvd. Suite 1140
Chicago, IL 60604

Dell Business Credit
P. O. Box 5275
Carol Stream, IL 60197

F I A Card Services, N. A.
P. O. Box 15102
Wilmington, DE 19886 - 5102

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pamela S. Dempsey | ) | Case No. 11-28301 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

**FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Karen J. Porter and the Porter Law Network ("Counsel") attorneys for the Debtor, move this honorable court pursuant to 11 U.S.C. § § 330, 331 to award it final compensation and reimbursement of expenses for the legal services rendered to the Debtor for the time period December 23, 2013 to March 14, 2014. In support thereof Counsel respectfully states as follows:

1. Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on July 8, 2011.

2. On December 13, 2012, the court approved the employment of Karen J. Porter and the Porter Law Network as the Debtor's attorneys nunc pro tunc to December 6, 2012.

3. This is the Final Application of the Porter Law Network for Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from December 23, 2013 to March 14, 2014 in the amount of $6596.50. Counsel seeks an award for the reimbursement of expenses in the amount of $415.16. The total amount of this request for compensation requested is $7011.66. Debtor has not paid any of the compensation requested in this Application.

4.      Karen J. Porter performed 16.70 hours of legal services for the Debtor at the hourly rate of $395.00. The total amount sought for the legal services performed by Karen J. Porter is $6596.50.

5.      The Porter Law Network incurred $415.16 in expenses for the Debtor for the cost of filing fees, copying, postage, and messenger deliveries. The total amount sought for the reimbursement of expenses is $415.16.

6.      A detailed statement of all the legal services performed and all of the expenses incurred is attached to this Application as Exhibit A.  The detailed description includes the date the services were rendered; the individual performing the services; the hourly rate of the person performing the services and a statement describing the task, activity or service performed.  In addition, the legal services performed for the Debtor are also identified by the following categories: Motions and Hearings and Plan and Disclosure Statement.

7.      A summary of the services performed for the Debtor in each of the categories is set forth below:

   A.      <u>Motions and Hearings</u>:     Prepare motions and pleadings; notices to creditors and parties in interest regarding motions and hearings; review pleadings; prepare for court appearances; court appearances on motions and other hearings; communication with the Debtor, creditors and third parties regarding motions and hearings; and all other legal services that relate to Motions and Hearings. The legal services rendered in connection with the confirmation of the Debtor's plan or reorganization are included in Motions and Hearings.  The Application for Compensation includes 10.50 hours that were spent for Motions and Hearings for a

total of $4,147.50. Karen J. Porter performed 10.50 hours of the legal services rendered in connection with Motions and Hearings.

    B.    <u>Plan and Disclosure Statement</u>: All of the legal services relating to advising the Debtor regarding a plan and disclosure statement, drafting the plan and disclosure statement; drafting amendments and revisions to the plan and disclosure statement; preparation of exhibits to the plan and disclosure statement; and communications with the Debtor regarding the plan. The Application for Compensation includes 6.20 hours that were spent for Plan and Disclosure Statement for a total of $2,449.00. Karen J. Porter performed 6.20 hours of the legal services rendered in connection with Plan and Disclosure Statement..

8.    For the legal services rendered on the Debtors behalf, Counsel accomplished the following:

    A.    Counseled Debtor as to its rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtor in meeting other obligations imposed by the Code or the United States Trustee;

    B.    Assisted the Debtor with its post-petition operations as a debtor-in-possession;

    C.    Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtor;

    D.    Attended court proceedings;

    E.    Drafted plans of reorganization and disclosure statement;

    F.    Performed legal services in connection with the confirmation of a plan;

    G.    Performed all other legal services that were necessary to the

administration of this chapter 11 estate.

9.  Counsel has not agreed to share compensation with any other party.

10. Notice of this application for compensation has been sent to the Debtor.

11. Notice of this Application has been sent to all creditors and parties in interest.

12. Debtor requests that notice of this Application be shortened to less than twenty-one days as permitted by Bankruptcy Rule 9006.

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law Network final compensation in the amount of $6,596.500, reimbursement of expenses in the amount of $415.16, and a total award in the amount of $7011.66.

>Respectfully submitted,
>**PORTER LAW NETWORK**
>/s/Karen J. Porter
>Karen J. Porter

Karen J. Porter (Attorney No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

Porter Law Network
230 West Monroe
Suite 240
Chicago, IL 60606

3/18/2014

Pamela Dempsey
Pamela Dempsey
3930 S. King Drive
Chicago, IL 60653

Bill Number: 318

RE: Pamela Dempsey

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/2013 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.200 | 395.00 | 474.00 |
| | | Draft modified plan of reorganization; revisions to definitions; secured creditor classes, unsecured creditor class and implementation of the plan | | | |
| 12/26/2013 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | | Revise and complete modified plan | | | |
| 12/27/2013 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | | Telephone call with ms gleason regarding modified plan dated 12/26 | | | |
| 12/30/2013 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on status hearing on the modified plan; resolicitation required; schedule set for amended disclosure statement and further status hearing | | | |
| 1/10/2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.900 | 395.00 | 355.50 |
| | | Draft amended disclosure statment; revise articles one to four | | | |
| 1/12/2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.800 | 395.00 | 316.00 |
| | | Draft fifth amended disclosure statement | | | |
| 1/12/2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | | Revise liquidation analysis for fifth amended disclosure statement | | | |
| 1/13/2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.300 | 395.00 | 908.50 |
| | | Review, revise and complete fifth amended disclosure statement and exhibits | | | |
| 1/15/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | | Court appearance on status of plan; court set confirmation hearing for march 12, 2014 | | | |
| 1/17/2014 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.200 | 395.00 | 79.00 |
| | | Revise disclosure statement to correct exhibit g and add deadlines and hearing dates | | | |
| 2/13/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | | Attend meeting with ms dempsey to discuss confirmation hearing set for 3/12 | | | |
| 2/14/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | | Telephone call with ms dillon regarding reballoting of case; filing ballot again | | | |

EXHIBIT A

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with ms oreilly regarding disclosure statement and deadline for balloting | | | | |
| 2/20/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Email communication to ms oreilly regarding disposition of 910 south michigan and associations unsecured claim | | | | |
| 2/20/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr ralph regarding position of king partnership creditors on the plan | | | | |
| 2/20/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Email exchange with michael dimand regarding bank of america's receipt of sale proceeds and to respond to questions about the plan | | | | |
| 2/21/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | Email to toni dillon regarding deadline for ballots | | | | |
| 2/21/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | Email communication to alan zenoff regarding deadline for ballots | | | | |
| 2/25/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | Email communication to mr zenoff regarding private bank ballot for the plan | | | | |
| 2/25/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr bastenien regarding chase bank; langley property and acceptance of the plan | | | | |
| 2/26/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Review ballots cast; draft ballot report | | | | |
| 2/26/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | Draft motion to count late ballots and order | | | | |
| 3/5/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | Court appearance on motion to accept late ballots; motion granted | | | | |
| 3/10/2014 | Karen J. Porter | B111 - Motions and Hearings | 1.200 | 395.00 | 474.00 |
| | Prepare for confirmation hearing of march 12; draft confirmation orders; prepare exhibits; review pleadings and testimony needed | | | | |
| 3/11/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with katie gleason regarding confirmation orders | | | | |
| 3/11/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | Revise order confirming the plan and draft order approving the adequacy of the disclosure statement | | | | |
| 3/11/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | Email communication to ms gleason regarding proposed orders confirming the plan and setting status hearings | | | | |
| 3/12/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | Prepare for offer of proof or ms dempsey's testimony at confirmation hearing | | | | |
| 3/12/2014 | Karen J. Porter | B111 - Motions and Hearings | 1.200 | 395.00 | 474.00 |
| | Court appearance on combined hearing on the adequacy of the disclosure statement and the confirmation of the plan; disclosure statement approved; plan confirmed | | | | |
| 3/14/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 395.00 | 118.50 |
| | Draft revise and complete pleading: notice of entry of order confirming plan | | | | |
| 3/14/2014 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Draft, revise and complete letter to ms dempsey regarding the confirmation of the plan. | | | | |
| | | | | **Total Fees:** | **6,596.50** |

## Task Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Karen J. Porter | 16.700 | 395.00 | 6,596.50 |
| | | Total Fees: | 6,596.50 |

| Task | Hours | Rate | Amount |
|---|---|---|---|
| B111 - Motions and Hearings | 10.500 | 395.00 | 4,147.50 |
| B320 - Plan and Disclosure Statement | 6.200 | 395.00 | 2,449.00 |
| | | Total Fees: | 6,596.50 |

| Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| Karen J. Porter | B111 - Motions and Hearings | 10.500 | 395.00 | 4,147.50 |
| | B320 - Plan and Disclosure Statement | 6.200 | 395.00 | 2,449.00 |
| | | | Total Fees: | 6,596.50 |

## Expenses

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 12/16/2013 | Karen J. Porter | None | E101 - Copying | 28.81 | 1 | 28.81 |
| | E101 - Copying Second Application for Compensation and Reimbursement of Expenses mailed to Creditors | | | | | |
| 12/16/2013 | Karen J. Porter | None | E108 - Postage | 7.82 | 1 | 7.82 |
| | E108 - Postage Second Application for Compensation and Reimbursement of Expenses mailed to Creditors. | | | | | |
| 1/22/2014 | Karen J. Porter | None | E101 - Copying | 216.89 | 1 | 216.89 |
| | E101 - Copying Modified Plan of Reorganisation and Disclosure Statement mailed to all Creditors | | | | | |
| 1/22/2014 | Karen J. Porter | None | E108 - Postage | 85.54 | 1 | 85.54 |
| | E108 - Postage Modified Plan of Reorganisation and Disclosure Statement mailed to all Creditors | | | | | |
| 3/14/2014 | Karen J. Porter | None | E101 - Copying | 49.28 | 1 | 49.28 |
| | E101 - Copying Notice Regarding Order Confirming Modified Plan of Reorganisation Dated December 23, 2013 mailed to Creditors | | | | | |
| 3/14/2014 | Karen J. Porter | None | E108 - Postage | 26.82 | 1 | 26.82 |
| | E108 - Postage Notice Regarding Order Confirming Modified Plan of Reorganisation Dated December 23, 2013 mailed to Creditors | | | | | |

| | | |
|---|---|---|
| Total Expenses: | | 415.16 |
| Total for this Bill: | | 7,011.66 |