## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pamela S. Dempsey | ) | |
| | ) | Case No. 11-28301 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

### NOTICE OF MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on **Wednesday, June 4 2014** at the hour of **10:30** a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Barnes in Courtroom 613 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached, **MOTION FOR FINAL DECREE** a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By:_/s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
312-372-4400
Fax 312-372-4160

### CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois, 60606 on May 28, 2014.

/s/Karen J. Porter

**Pamela S. Dempsey
Case 11 — 28301
Service List**

Mary Lautenbach
Chase Auto Finance  AZ1 - 1191
201 North Central Avenue
Phoenix, AZ 85004 - 0073

*Via Regular First Class Mail*

B A C Home Loans Servicing
450 American Street
Simi Valley, CA 93065 — 6285

Michael Dimand
5 East Wilson Street   Suite 2
Batavia, IL 60510

*Via ECM Electronic Filing*

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St.
Chicago, IL 60604

Bank of America
PTX — B - 209
7105 Corporate Drive
Plano, TX 75024 — 4100

Michigan Avenue Lofts Condo Assn
Attn: Management Office
910 South Michigan Avenue
Chicago, IL 60605

Wirbicki Law Group
Suite 1140
33 West Monroe Street
Chicago, IL 60603

Chase Card Services
Attn: Mark Pascale
201 North Walnut Street
Wilmington, DE 19801 — 2920

Peoples Gas Company
Attn: Bankruptcy
130 East Randolph Drive
Chicago, IL 60601

Peter C. Bastianen
Codilis & Associates
15 W 030 North Frontage Road
Burr Ridge, IL 60527

Chase
P. O. Box 15298
Wilmington, DE 19850 — 5298

Rnb — Fields3
P. O. Box 9475
Mineapolis, MN 55440 - 9475

Heather M. Giannino
Heavener, Scott, Beyers & Mihlar
111 East Main Street
Decatur, IL 62523

Chase
P. O. Box 1093
Northridge, CA 91328 — 1093

Shell / Citibank
P. O. Box 6497
Sioux Falls, SD 57117 - 6479

Michael L. Ralph, Sr.
Ralph, Schwab & Schiever, Chtd.
175 East Hawthorn Parkway
Vernon Hills, IL 60061

Chase Bank USA, N. A.
P. O. Box 15145
Wilmington, DE 19850 — 5145

Thomas J. Glowski
4601 West 99TH Place
Oak Lawn, IL 60453 - 4005

Toni Dillon
Pierce & Associates, P. C.
One North Dearborn St. Suite 1300
Chicago, IL 60602

Citibank
P. O. Box 6241
Sioux Falls, SD 57117 — 6241

CitiMortgage, Inc.
P. O. Box 140609
Irving, TX 75014 - 0609

Alan Zenoff
Zenoff & Zenoff Chartered
53 West Jackson Blvd.  Suite 1140
Chicago, IL 60604

Dell Business Credit
P. O. Box 5275
Carol Stream, IL 60197

Bank of America
P. O. Box 17054
Wilmington, DE 19850 - 7054

F I A Card Services, N. A.
P. O. Box 15102
Wilmington, DE 19886 - 5102

Ms. Pamela S. Dempsey
4823 South Langley Avenue
Chicago, IL 60615

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pamela S. Dempsey | ) | |
| | ) | Case No. 11-28301 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

## MOTION FOR FINAL DECREE

Pamela S. Dempsey (the "Debtor") debtor and debtor in possession herein, by and through her undersigned attorney, moves this honorable court pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022 for the entry of a final decree closing this chapter 11 case, and in support thereof, respectfully states as follows:

1.      Debtor commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on July 8, 2011, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2.      Debtor has continued to manage her business and properties as a debtor-in-possession pursuant to §§1107 and 1108 of the Code.  No trustee or creditors committee has been appointed in this case.

3.      This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (B).  Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4.      On December 26, 2013, the Debtor filed a Modified Plan Dated December 26, 2013 (the "Plan").

5.      On March 12, 2014, the Court entered an Order Confirming Chapter 11 Plan.  On March 27, 2014, the Order Confirming Chapter 11 Plan became final.

6.      On April 12, 2014, the Plan became effective.

7.      Pursuant to the term of the Plan, four classes of claims were to receive payments under the Plan: Class Two: JP Morgan Chase; Class Three: CitiMortgage; Class Four: Bank of America and Class Seven: Unsecured Creditors.

A.      On April 1, 2014, the Debtor  made the monthly mortgage payment to Class Two: JP Morgan Chase in the amount of $1,395.74.

B.      The Debtor was required by the Plan to make two payments to Class Three: CitiMortgage.  On April 11, 2014, the Debtor made the payment of $2,619.02 to cure any prepetition default  and on April 1, 2014, the Debtor made the monthly mortgage payment in the amount of $1,925.15.

C.      The Debtor was required by the Plan to make a payment to Class Four: Bank of America in the amount of $228,466.08 which was the amount of the proceeds from the sale of 3930 South King Drive, Chicago, Illinois.  First American Title made the payment of $228,466.08 to Bank of America on the Debtor's behalf or about May 19, 2014.

D.      On March 30, 2014, the Debtor made the first quarterly disbursement to Class Seven Creditors in the approximate amount of $5,501.37.

8.    All the payments that are due to Creditors under the Plan have commenced.

9.    All property proposed by the Plan to be transferred has been transferred.

10.    There are no objections to claims pending.   There are no open adversary proceedings or other contested matters.

11.    All fees due to the United States Trustee have been paid.

12.    Bankruptcy Rule 3022 provides that: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.  Section 350(a) of the Code provides that: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

13.    Debtor requests that the court enter a final decree closing her chapter 11 case.

WHEREFORE, Pamela S. Dempsey, debtor and debtor in possession herein, prays for an entry of a final decree closing this chapter 11 case and for such other and different relief as this Court deems proper and just.

> Respectfully submitted,
> PAMELA S. DEMPSEY
> By: /s/ Karen J. Porter
>       One of its attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe,  Suite 240
Chicago, IL 60606
(312) 372-4400
Fax (312) 372-4160
Atty No 6188626