UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-28301 |
| PAMELA S. DEMPSEY | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

# FINAL DECREE

This cause coming on to be heard on the Debtor's Motion for final decree; due and proper notice of the Motion has been given; the Court being duly advised in the premises:

The estate of the above-captioned debtor has been fully administered.

IT IS THEREFORE ORDERED that the above-captioned chapter 11 case is closed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 04, 2014

**Prepared by:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400